ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
LATISHA ROBINSON, ESQ.
Nevada Bar No. 15314
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
mwessel@psalaw.net
lrobinson@psalaw.net

*Attorneys for Defendant*
*Wal-Mart Stores, Inc. dba Walmart*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARTHA SANCHEZ, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware Corporation doing business as WALMART; DOES I – X, unknown persons; and ROE Corporations I-X;<br><br>　　　　　Defendants. | Case No.: 2:20-cv-01813-RFB-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear their

. . .

. . .

. . .

. . .

. . .

. . .

- 1 -

1 | party's own costs and attorney's fees.

2 | DATED this 2nd day of August 2021.  DATED this 2nd day of August 2021.

**RYAN ALEXANDER, CHTD.**          **PHILLIPS, SPALLAS & ANGSTADT LLC**

RYAN ALEXANDER, ESQ.               ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 10845               Nevada Bar No. 14411
3017 W. Charleston Blvd., Ste. 5816  MEGAN E. WESSEL, ESQ.
Las Vegas, NV 89102                Nevada Bar No. 14131
                                   LATISHA ROBINSON, ESQ.
*Attorneys for Plaintiff*          Nevada Bar No. 15314
*Martha Sanchez*                   504 S. Ninth St.
                                   Las Vegas, NV 89101
                                   *Attorneys for Defendant*
                                   *Wal-Mart Stores, Inc.*

*Martha Sanchez v. Wal-Mart Stores, Inc.*
*Case No.* **2:20-cv-01813-RFB-NJK**

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 4th day of August, 2021.

_____
RICHARD E. BOULWARE, II
**United States District Court**